IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

        Plaintiff,                          ORDER
                                                   01-cr-029-jcs-01

   v.

GARRETT J. HENDRIX,

        Defendant.

_____

Upon receipt of defendant's request for home confinement, the Court examined the file and DENIES said request.

SO ORDERED this 12th day of December, 2007.

                          BY THE COURT:

                          /s/

                          _____
                          JOHN C. SHABAZ
                          District Judge